## <u>CONTINUATION IN SUPPORT OF A CRIMINAL COMPLAINT</u>

I, Special Agent Mallorie Wolbrink, being first duly sworn, hereby state:

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been since December of 2021. I am currently assigned to the Detroit Field Division, Grand Rapids Field Office. I am also a participating member of the City of Kalamazoo Department of Public Safety (KDPS) Kalamazoo Valley Enforcement Team (KVET). I have had extensive training at the Federal Law Enforcement Training Center in both the Criminal Investigator Training Program and ATF Special Agent Basic Training.

2.      Prior to becoming a Special Agent with ATF, I was employed as a Sheriff's Deputy with the Jefferson County Sheriff's Office in Louisville, KY, for approximately eight years. While with the Jefferson County Sheriff's Office, I was assigned to the Federal Bureau of Investigation's Louisville, Kentucky, White Collar Crimes Task Force for approximately four years. As an FBI TFO and as a Special Agent with the ATF, I have participated in numerous state and federal investigations to include firearms cases, financial crimes, healthcare fraud, illegal narcotics investigations, gang investigations, and human trafficking investigations, among others.

3.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or

1

other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

4.      ATF and KDPS are currently investigating Davon Lamor BROWN aka Davon Lamor Carson for felon in possession of a firearm, in violation of Title 18 United States Code, Section 922(g)(1). BROWN has been convicted of the following felony offenses:

a.  2019- 9th Circuit Court, Count 1: Felony Weapons-Carrying Concealed, Count 2: Felony Police Officer- Assaulting/Resisting/Obstructing

b.  2022- 9th Circuit Court, Felony Controlled Substance- Deliver/Manufacture (Cocaine, Heroin or another narcotic) less than 50 grams enhanced to Felony Habitual Offender 3rd Offense Notice

c.  2022- 9th Circuit Court, Count 1: Felony Weapons- Firearms- Possession by Felon, Enhanced to Felony Habitual Offender 3rd Offense Notice, Count 2: Felony Police Officer- Assaulting/Resisting/Obstructing, Count 3: Felony Weapons-Carrying Concealed

d.  2022- 9th Circuit Court, Count1: Felony Controlled Substance- Deliver/Manufacture (Cocaine, Heroin or another narcotic) less than 50 grams, Count 2: Felony Weapons- Firearms- Possession by Felon, Count 3: Felony Weapons- Ammunition- Possession by Felon, Count 4: Felony Police Officer- Fleeing- 3rd degree, Count 5: Felony Weapons-Carrying Concealed, Count 6-9: Felony Weapons Felony Firearm

## PROBABLE CAUSE

5.      On June 13, 2026, the City of Kalamazoo Department of Public Safety (KDPS) officers conducted surveillance at or near BROWN's home in Kalamazoo because he was implicated in an earlier shooting.

6.    Police observed him retrieve an item from a car outside his home and conceal it on his person.  Police continued to watch BROWN and noticed that he had a bulky, bulgy, and heavy item around his waist that he (BROWN) kept patting. Police believed this item to be a gun.

7.    Police stopped BROWN and patted down his person, believing that he had a weapon.  The officer felt what he recognized as a gun in BROWN's waistband. The officer retrieved the gun, which was found to be a loaded Smith and Wesson SD40 .40 caliber pistol.

8.    The gun was previously reported stolen out of Kalamazoo in February 2026.

9.    An ATF nexus agent determined that the gun was manufactured outside the State of Michigan.

10.    The gun that was found on BROWN's person was test fired and produced potential NIBIN leads to two other shootings:

    *a.*  26-007363 | KDPS | Shots Fired | 925 Princeton Ave | 06/10/2026 – Officers were dispatched to a shots fired complaint.  A video camera was mounted on the front porch of 925 Princeton that showed a male pacing in the driveway.  The video does not show the shots fired, but a witness saw the male shoot towards an unknown vehicle.  (6) 9mm casings were recovered.  An officer who had previously surveilled and arrested BROWN recognized the male in the video as BROWN.

    *b.*  26-004463 | Shots Fired | 1048 Bridge Street | 04/13/2026 – Officers were dispatched to a report of shots fired.  Officers received information that a possible Chrysler Pacifica was seen speeding west on Bridge towards Riverview.  The Pacifica was believed to be stolen because officers observed a Pacifica in the area with a Florida plate of 27EUAA.  Officers also received information on a white sedan that had several bullet holes in it.  The white sedan was found at 1710 W Main and impounded.  Officers locate the Pacifica which fled but was later recovered unoccupied at 1065 Mount Royal Drive.

3

## CONCLUSION

11.     Based upon the facts stated herein, there is probable cause to believe that Davon BROWN, a convicted felon, did knowingly and intentionally possess a firearm in violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm). These violations occurred in the Western District of Michigan.